UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ENDEAH SHAREE CLEMMONS, | ) | No. CV 13-03878-MAN |
| | ) | |
| Plaintiff, | ) | ORDER AWARDING EQUAL |
| | ) | ACCESS TO JUSTICE ACT |
| v. | ) | ATTORNEY FEES AND |
| | ) | EXPENSES PURSUANT TO |
| CAROLYN W. COLVIN | ) | 28 U.S.C. § 2412(d) AND COSTS |
| Acting Commissioner Of Social Security, | ) | PURSUANT TO 28 U.S.C. § 1920 |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses ("Stipulation"), filed on October 6, 2014, IT IS ORDERED that fees and expenses in the amount of $3,650.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $60.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: October 9, 2014

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

-1-